UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Albert Russo
CN 4853
Trenton, New Jersey  08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

LINDA MILLER

Debtor(s)

Case No. 08-35386/MBK

Judge:  MICHAEL B. KAPLAN

Chapter:  13

Recommended Local Form:    ☐ Followed    ☒ Modified

# STANDING CHAPTER 13 TRUSTEE'S CERTIFICATION OF DEFAULT

Albert Russo, Standing Chapter 13 Trustee, in the above captioned case hereby certifies:

1. Pursuant to the Order Confirming Chapter 13 Plan or Order Regarding Standing Chapter 13 Trustee's Motion to Dismiss, the Court ordered the debtor to perform as follows:

☒ To make plan payments in accordance with the terms of the confirmation order.  If the debtor failed to make a plan payment to the trustee for a period of more than thirty (30) consecutive days, the Trustee was authorized to file a Certification of Default with notice of said Certification to the debtor(s) and debtor's attorney, if any.

☐ To continue regular monthly payments of $.  If the debtor failed to make a payment for a period of more than thirty (30) consecutive days, the trustee was authorized to file a Certification of Default with notice of said Certification to the debtor(s) and the debtor's attorney, if any.

☐ To file with the Court an Order to Employer to Pay the Chapter 13 Trustee within thirty (30) days from the date of the Order Regarding Standing Chapter 13 Trustee's Certification of Default or Motion to Dismiss dated in wage.

2. The debtor(s) has (have) not performed as ordered by the Court in that:

☒ The debtor is in arrears in plan payments in the amount of $4,500.00. The debtor's last payment was made on 11/24/09 in the amount of $900.00.

☐ To date the debtor or the debtor's attorney, if any, has not submitted an Order to Employer to Pay the Chapter 13 Trustee.

3. I make this Certification in support of the entry of an order dismissing this case provided that no objection(s) to this Certification is made within fourteen (14) days of the date it was filed.

4. In the event that this case is dismissed, I request that the Order of Dismissal directs me to disburse any funds on hand to creditors pursuant to the confirmed plan.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 03/12/10                                                                                /S/

                                                                                               Albert Russo
                                                                                               Standing Chapter 13 Trustee

2